| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 21-17876 / MBK**

Kelly A Fedorka

Petition Filed Date: 10/08/2021
341 Hearing Date: 11/04/2021
Confirmation Date: 02/09/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $400.00 | 89132820 | 02/02/2023 | $400.00 | 89726500 | 03/02/2023 | $400.00 | 90321070 |
| 03/29/2023 | $400.00 | 90782820 | 04/25/2023 | $400.00 | 91286720 | 06/02/2023 | $400.00 | 92020530 |
| 07/03/2023 | $400.00 | 92501390 | 07/03/2023 | $100.00 | 92561730 | 07/28/2023 | $400.00 | 92974740 |
| 08/25/2023 | $400.00 | 93445990 | 09/22/2023 | $400.00 | 93921080 | 11/03/2023 | $400.00 | 94641940 |
| 12/04/2023 | $400.00 | 95109510 | 12/14/2023 | $400.00 | 95318100 | | | |

**Total Receipts for the Period:  $5,300.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Kelly A Fedorka | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | HYUNDAI CAPITAL AMERICA (HCA)<br>»»  2021 KIA SORENTO/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ONEMAIN | Unsecured Creditors | $6,683.86 | $954.87 | $5,728.99 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BAYSHORE COMMUNITY HOSPITAL | Unsecured Creditors | $200.25 | $16.74 | $183.51 |
| 4 | M&T Bank<br>»»  P/108 N STEVENS AVE/1ST MTG/AMERIHOME | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,008.74 | $429.85 | $2,578.89 |
| 6 | LVNV FUNDING LLC<br>»»  SYNCHRONY AMAZON | Unsecured Creditors | $643.10 | $79.73 | $563.37 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BJ'S | Unsecured Creditors | $5,509.51 | $787.10 | $4,722.41 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  MERCURY MC | Unsecured Creditors | $3,805.36 | $543.64 | $3,261.72 |
| 9 | Pendrick Capital Partners II, LLC<br>»»  SOMERSET EMERGENCY MED ASSOCIATES | Unsecured Creditors | $1,109.00 | $148.02 | $960.98 |
| 10 | KOHL'S | Unsecured Creditors | $405.61 | $50.29 | $355.32 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  FINWISE BANK/LENDING POINT | Unsecured Creditors | $17,712.73 | $2,530.47 | $15,182.26 |

**Chapter 13 Case No. 21-17876 / MBK**

| | | | |
|---|---|---|---|
| **SUMMARY** | | | |
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $10,100.00 | Plan Balance: | $12,300.00 ** |
| Paid to Claims: | $8,540.71 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $783.60 | Arrearages: | ($100.00) |
| Funds on Hand: | $775.69 | Total Plan Base: | $22,400.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.