| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 21-17876 / MBK**

Kelly A Fedorka

Petition Filed Date: 10/08/2021
341 Hearing Date: 11/04/2021
Confirmation Date: 02/09/2022

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/26/2024 | $400.00 | 96003200 | 02/26/2024 | $1,000.00 | 96492520 | 03/05/2024 | $1,000.00 | 96688260 |
| 03/22/2024 | $400.00 | 96967530 | 04/19/2024 | $500.00 | 97423480 | 06/03/2024 | $600.00 | 98103810 |
| 06/28/2024 | $400.00 | 98551270 | 07/31/2024 | $400.00 | 99058680 | 08/23/2024 | $400.00 | 99425860 |
| 09/20/2024 | $400.00 | 99875670 | 11/04/2024 | $400.00 | 10053715 | | | |

**Total Receipts for the Period:  $5,900.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $16,000.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kelly A Fedorka | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | HYUNDAI CAPITAL AMERICA (HCA)<br>»» 2021 KIA SORENTO/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $6,683.86 | $2,023.13 | $4,660.73 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BAYSHORE COMMUNITY HOSPITAL | Unsecured Creditors | $200.25 | $47.98 | $152.27 |
| 4 | M&T Bank<br>»» P/108 N STEVENS AVE/1ST MTG/AMERIHOME | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,008.74 | $910.70 | $2,098.04 |
| 6 | LVNV FUNDING LLC<br>»» SYNCHRONY AMAZON | Unsecured Creditors | $643.10 | $188.64 | $454.46 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BJ'S | Unsecured Creditors | $5,509.51 | $1,667.66 | $3,841.85 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MERCURY MC | Unsecured Creditors | $3,805.36 | $1,151.84 | $2,653.52 |
| 9 | Pendrick Capital Partners II, LLC<br>»» SOMERSET EMERGENCY MED ASSOCIATES | Unsecured Creditors | $1,109.00 | $335.68 | $773.32 |
| 10 | KOHL'S | Unsecured Creditors | $405.61 | $111.04 | $294.57 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FINWISE BANK/LENDING POINT | Unsecured Creditors | $17,712.73 | $5,361.44 | $12,351.29 |

**Chapter 13 Case No. 21-17876 / MBK**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/23/2025: | | | |
| Total Receipts: | $16,000.00 | Plan Balance: | $6,400.00 ** |
| Paid to Claims: | $14,798.11 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $1,171.49 | Arrearages: | ($1,200.00) |
| Funds on Hand: | $30.40 | Total Plan Base: | $22,400.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**