Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 21-17876 / MBK**

Kelly A Fedorka

Petition Filed Date: 10/08/2021
341 Hearing Date: 11/04/2021
Confirmation Date: 02/09/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/25/2025 | $400.00 | I1MQGVWWTI | 03/27/2025 | $400.00 | I1VQGGP70F-I | 05/02/2025 | $400.00 | I134GJNYS6-F |
| 05/30/2025 | $400.00 | I1XWLNHXCC- | 06/27/2025 | $400.00 | I190LCLDRN-F | 07/25/2025 | $400.00 | I1DCF5S2RD-I |
| 09/05/2025 | $400.00 | I1PTFLP1YJ-P | 10/06/2025 | $400.00 | I1NZFH4H3F-F | 11/14/2025 | $400.00 | I11PS1JYTP-P |
| 01/08/2026 | $400.00 | I85PC7HCVG-I | 02/05/2026 | $400.00 | I8MXBMZ5Z0-I | | | |

**Total Receipts for the Period: $4,400.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $20,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kelly A Fedorka | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | HYUNDAI CAPITAL AMERICA (HCA)<br>»» 2021 KIA SORENTO/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $6,683.86 | $2,588.03 | $4,095.83 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BAYSHORE COMMUNITY HOSPITAL | Unsecured Creditors | $200.25 | $64.37 | $135.88 |
| 4 | M&T Bank<br>»» 108 N STEVENS AVE/1ST MTG/AMERIHOME | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,008.74 | $1,165.00 | $1,843.74 |
| 6 | LVNV FUNDING LLC<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $643.10 | $242.92 | $400.18 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BJ'S | Unsecured Creditors | $5,509.51 | $2,133.31 | $3,376.20 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MERCURY | Unsecured Creditors | $3,805.36 | $1,473.46 | $2,331.90 |
| 9 | Pendrick Capital Partners II, LLC<br>»» SOMERSET EMERGENCY MED ASSOCIATES | Unsecured Creditors | $1,109.00 | $418.90 | $690.10 |
| 10 | KOHL'S | Unsecured Creditors | $405.61 | $157.05 | $248.56 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FINWISE BANK/LENDING POINT | Unsecured Creditors | $17,712.73 | $6,858.48 | $10,854.25 |

**Chapter 13 Case No. 21-17876 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,400.00 | Plan Balance: | $2,000.00 ** |
| Paid to Claims: | $18,101.52 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $1,527.89 | Arrearages: | ($400.00) |
| Funds on Hand: | $770.59 | Total Plan Base: | $22,400.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**